# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR HERNANDEZ,<br>        Petitioner,<br>  v.<br>RANDY GROUNDS, Acting Warden,<br>        Respondent. | No. CV 11-0186-BRO (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 7, 2013

_____
BEVERLY REID O'CONNELL
United States District Judge